

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable W. E. White, Director
Texas Forest Service
Agricultural and Mechanical College
College Station, Texas

Dear Sir:

Opinion No. O-5075
Re: Commissioners' courts are not authorized to expend county funds to support Forest Fire Fighters Service.

We have received and carefully considered the letters you sent us. We construe the letters submitted as requesting the opinion of this department as to whether a county can lawfully expend or contribute county funds to aid the Forest Fire Fighters Service, a part of the civilian defense organization, by paying a part of the cost of printing certain certificates and identification cards for such service.

It is well established in this State that the commissioners' court has only such authority as is expressly conferred or necessarily implied upon it by the Constitution and statutes of this State.

We have been unable to find any constitutional or statutory authority which would authorize the commissioners' court of a county to expend county funds for the purpose set out above.

Opinion No. O-4529 of this department holds that a county is without legal authority to expend county funds to aid or support the Office of the Director of Civilian Defense.

Opinion No. O-4074 of this department holds that a county is not authorized to expend county funds to aid the tire rationing and sugar rationing board.

Under the authorities cited in opinions Nos. 0-4529 and 0-4074, it is our opinion that it would be illegal for any county in Texas to expend county funds for the purposes mentioned in your letters.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Wm. J. Fanning
Assistant

WJF:mp

APPROVED MAR 1, 1943

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN